

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00717-CR

Wayne Edward **WEIRICH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6261
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 5, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice